UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

CHPE PROPERTIES, INC.,

                           Plaintiff,

v.

NEGG 5040 BH, LLC, *and* MALLSIDE PARTNERS BH,

                           Defendants.

No. 24-CV-4720 (KMK)

ORDER

KENNETH M. KARAS, United States District Judge:

Defendants are directed to respond to Plaintiff's application at Dkt. Nos. 4–6 by no later than June 28, 2024. Plaintiff is directed to file its reply by no later than July 1, 2024.

The Court will hold a hearing on the pending application on July 2, 2024, at 3:00 p.m. The hearing will be held at the Hon. Charles L. Brieant Jr. Federal Building and United States Courthouse, 300 Quarropas St., White Plains, NY 10601, in Courtroom 521.

SO ORDERED.

Dated:    June 25, 2024
            White Plains, New York

                                                            KENNETH M. KARAS
                                                            United States District Judge